Filing # 112515878 E-Filed 08/27/2020 05:18:17 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.

HOPE COTTINGHAM,

     Plaintiff,

v.

WALMART, INC.,

     Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, HOPE COTTINGHAM, by and through undersigned counsel, and sues the Defendant, WALMART, INC., and as grounds thereof would state as follows:

1. This is an action for damages that is in excess of Fifteen Thousand ($15,000.00) Dollars.

2. At all times material hereto, Plaintiff, HOPE COTTINGHAM, was and is a resident of Broward County, Florida.

3. At all times material hereto, Defendant, WALMART, INC., was a foreign profit corporation doing business throughout the State of Florida, including, Broward County, Florida.

4. At all times material hereto, Defendant, WALMART, INC., owned, operated, controlled, managed and/or maintained the store located at 2551 E. Hallandale Beach Blvd., Hallandale Beach, Broward County, Florida.

1

5.     At all times material hereto, Defendant, WALMART, INC. was responsible for the maintenance, upkeep, inspection, remedy and/or warning regarding the subject premises located at 2551 E. Hallandale Beach Blvd., Hallandale Beach, Broward County, Florida.

6.     At all times material hereto, Defendant, WALMART, INC., by and through its employees, agents and representatives, was responsible for the routine inspection, maintenance, upkeep, remedy and/or warning for the subject premises located at 2551 E. Hallandale Beach Blvd., Hallandale Beach, Broward County, Florida.

7.     At all times material hereto, the Defendant, WALMART, INC., is responsible and vicariously liable for the negligent acts and omissions by its employees, agents and representatives that are the proximate and legal cause of injury or damages to the public, including Plaintiff, HOPE COTTINGHAM.

8.     At all times material hereto, Plaintiff, HOPE COTTINGHAM, was lawfully on the subject premises in women's department when she tripped and fell on jeans that were located on the floor while an employee of Defendant, WALMART, INC., was folding clothes in the vicinity thereby causing injury to her neck, back and right shoulder and she sustained serious injury.

9.     At all times material hereto, the aforementioned condition of the area was a dangerous condition.

10.    At all times material hereto, there were no signs, warnings or notice to the public of the dangerous condition of the area.

11.    At all times material hereto, the Defendant, WALMART, INC., had actual and/or constructive knowledge of the aforementioned dangerous condition of the

2

clothing on the floor in the women's department where this incident took place and caused Plaintiff to fall and be injured.

12.     At all times material hereto, the Defendant, WALMART, INC., created a foreseeable zone of risk of harm by failing to maintain, upkeep, inspect, remedy, and/or warn in a safe and prudent manner regarding the aforementioned dangerous condition of the women's department where this incident occurred.

13.     At all times material hereto, Plaintiff, HOPE COTTINGHAM, while in the women's department of the subject store was injured due to the abovementioned dangerous condition, which was within a foreseeable zone of risk or harm created by Defendant, WALMART, INC.

14.     As a direct, proximate, and foreseeable result of the negligence of the Defendants, Plaintiff sustained serious injury.

### COUNT I - NEGLIGENCE AGAINST WALMART, INC.

Plaintiff, PAULETTE GURLEY-CAMPBELL, re-alleges and re-avers paragraphs 1-14 as fully set forth herein and further states:

15.     At all times material hereto, the Defendant, WALMART, INC., had a non-delegable duty to the public, including the Plaintiff, HOPE COTTINGHAM, to use reasonable care in the maintenance, upkeep, remedy, inspection and/or warning regarding the condition of the women's department on the subject premises (clothing on the floor) so as to provide a safe and continuous mode of public travel in and about the store and/or prevent access to a dangerous condition so as not expose the public, including Plaintiff, to any dangerous conditions of the walkway and/or in the subject area that would cause an unreasonable risk of harm/injury to Plaintiff.

3

16.     On or about April 30, 2019, the Defendant, WALMART, INC., by and through its employees breached its non-delegable duty of care and was negligent by:

    a.     Failing to maintain, upkeep, and/repair the subject area;

    b.     Failing to inspect, remedy and/or correct the subject area;

    c.     Failing to properly notify and/or warn of the subject condition of the area;

    d.     Failing to prevent access to the subject area;

    e.     Failing to implement sufficient preventative measures designed to prevent, discover, eliminate, remedy, reduce or warn of the danger posed by the dangerous condition of the area; and/or

    f.     Failing to properly train and/or supervise its employees to prevent, discover, eliminate, remedy, reduce, and warn of the dangerous condition of the area that could cause injury to the public.

17.     As a direct, proximate and foreseeable result of Defendant's, WALMART, INC.'S, vicarious negligence, Plaintiff, HOPE COTTINGHAM, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, wage loss, expenses of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. These losses are either permanent or continuing and the Plaintiff will continue to suffer these losses in the future.

WHEREFORE, the Plaintiff, HOPE COTTINGHAM, demands a judgment for damages against the Defendant, WALMART, INC., together with costs and interest and demand trial by jury of all issues herein issues so triable as a matter of right by jury.

DATED this ___27th___ day of August, 2020.

> BERNHEIM KELLEY BATTISTA & BLISS, LLC
> Attorneys for Plaintiff
> P.O. Box 290787
> Telephone: (954) 866-1111
> Facsimile: (954) 252-4532
> Service Email: service@bkbblaw.com;
> sbaker@bkbblaw.com
> Attorney Direct E-Mail: LBattista@duejustice.com
>
> By:___s/*Louis R. Battista*_____
>     LOUIS R. BATTISTA
>     Fla. Bar # 0008109