UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61991-CIV-SMITH

HOPE COTTINGHAM,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon the Report and Recommendation to District Judge [DE 42], in which Magistrate Judge Valle recommends that Walmart's Motion to Dismiss Plaintiff's Amended Complaint for Fraud Upon the Court and for Sanctions [DE 32] be denied. No objections to the Report and Recommendation have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 42] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

2. Walmart's Motion to Dismiss Plaintiff's Amended Complaint for Fraud Upon the Court and for Sanctions [DE 32] is **DENIED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of February, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record